LAW OFFICES
OF
GUERCIO & GUERCIO, LLP

77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000
FAX: (516) 694-4738
www.guerciolaw.com

24 Century Hill Drive, Suite 101
Latham, New York 12110
(518) 690-7000
Fax: (518) 690-0783

GREGORY J. GUERCIO
RICHARD J. GUERCIO
GARY L. STEFFANETTA
KATHY A. AHEARN
JOHN P. SHEAHAN
RANDY GLASSER
BARBARA P. ALOE
ERIN M. O'GRADY-PARENT
LISA L. HUTCHINSON
BONNIE L. GORHAM
CHRISTOPHER F. MESTECKY

OFFICE ADMINISTRATOR
LEONARD RICHMAN

KELLY A. REAPE
TARA E. KAHN
KATHRYN J. MAIER
PATRICIA A. UNZ
CHRISTOPHER SHISHKO
BARBARA J. EMIGHOLZ
ASHLEY C. POPE
HAL L. BUDNICK
ANTHONY J. FASANO
REESA F. MILES
OROMA H. REYNOLDS
TONI L. MINCIELI
ERIC LEVINE
DANIELA GIORDANO
SEAN P. MORAN

Reply to: Farmingdale  x
         Latham        ☐

November 13, 2015

Hon. Anne Y. Shields
United States District Court for the
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, NY 11722

      **Re:**    **Ellsayed v. Sayville Town House, Inc. et al.**
              **2:15-cv-04506**

Dear Judge Shields:

    I am counsel for Defendants in the above-named matter. Please allow this correspondence to serve as Defendants' motion for an adjournment of the settlement conference scheduled for Monday, November 16, 2015 at 11:00am. Neither I nor counsel for Plaintiff has been able to reach our respective clients to confirm their ability to appear Monday morning.

    I have conferred with opposing counsel, who consents to the request for an adjournment. The parties have agreed upon the following suggested dates:

- Friday, November 20th
- Monday, November 23rd
- Wednesday, November 25th

    This is Defendants' second request for an adjournment in this case. The first request was for an extension of time to answer the Complaint and was granted.

Hon. Anne Y. Shields          Page 2                    November 13, 2015

Thank you for your consideration of this request.

                           Respectfully submitted,

                           /s/ Christopher F. Mestecky
                           CHRISTOPHER F. MESTECKY (CM 6598)

**VIA ECF**

c:  Albert Adam Breud, II, Esq.
    Firestone & Breud, P.L.L.C.
    356 Veterans Memorial Highway
    Suite 3
    Commack, NY 11725

258337