UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JASON ELLSAYED, individually and on behalf of
all others similarly situated,

      Docket No.:15-CV-4506
      (AYS)

          Plaintiffs,

-against-                             **Judgment**

SAYVILLE TOWN HOUSE, INC., d/b/a
MORICHES BAY DINER, GEORGE NIKOLOPOULOS
AND SPIRO NIKOLOPOULOS,

          Defendant.
----------------------------------------------------------X

Whereas the parties have filed consent to the jurisdiction of the Honorable Anne Y. Shields, United States Magistrate Judge, and Plaintiff has filed a Notice of Acceptance of Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. 68 on November 12, 2015; counsel for Plaintiff and Defendants having agreed that Plaintiff's claimed lost wages are in the amount of $559.95; Plaintiff's claimed liquidated damages are in the amount of $559.96; Plaintiff's attorneys' fees are in the amount of $1,052.69 and Plaintiff's costs are in the amount of $527.40; the matter having been referred to the Honorable Anne Y. Shields, United States Magistrate Judge, on November 23, 2015, to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Clerk of the Court shall enter Judgment against Defendants and in favor of the Plaintiff consistent with the Notice of Acceptance of Defendants' Rule 68 Offer of Judgment filed with the Court on November 12, 2015 as follows: $559.95 to be paid to Plaintiff for unpaid wages reported on IRS Form W2 and $559.96 to be paid to Plaintiff for liquidated damages reportable on IRS Form 1099, and it is further,

**ORDERED, ADJUDGED AND DECREED:** That the Clerk of the Court shall enter Judgment against Defendants and in the favor of Firestone & Breud, P.L.L.C. in the amount of $1,580.09 and thereafter, it is further,

**ORDERED, ADJUDGED AND DECREED:** That the Clerk of the Court shall close this case.

Dated: Central Islip, New York
January 4, 2016

SO ORDERED:

/s/   Anne Y. Shields
Anne Y. Shields
United States Magistrate Judge

# JUDGMENT ENTERED

## JAN 0 4 2016

Date

**DOUGLAS C. PALMER**
Clerk of Court

By: /s/ Catherine Vukovich
Deputy Clerk